UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| VERINA FIELD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:21-cv-181 |
| | : | |
| BLACK RIVER PRODUCE, | : | |
| | : | |
| Defendant. | : | |

ORDER

On or before July 15, 2022, counsel for defendant shall inform the court in writing of the status of arbitration.

Dated at Burlington, in the District of Vermont, this 5th day of July, 2022.

/s/ William K. Sessions III
William K. Sessions III
United States District Judge