UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Verina Field, | CIVIL CASE NO. 2:21-cv-00181-Wks |
| Plaintiff, | |
| v. | |
| Black River Produce, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

**NOW COMES,** Plaintiff Verina Field, by and through her attorney, Theodore C. Kramer, Esq., and Defendant Black River Produce, by and through its attorney, Samuel H. Martin, Esq., and agree and stipulate that the matter is *RESOLVED* and *DISMISSED, WITH PREJUDICE* as to all claims.

*Dated* at Brattleboro, Vermont this 9th day of December, 2022.

**VERINA FIELD,**

By: /s/Theodore C. Kramer
Theodore C. Kramer, Esq.
Attorney for Plaintiff

*Dated* at Portsmouth, New Hampshire this 9th day of December, 2022.

**BLACK RIVER PRODUCE,**

By: /s/Samuel H. Martin
Samuel H. Martin, Esq.
Attorney for Defendant

DATED at Burlington, in the District of Vermont, this 13th day of December, 2022.

So ordered, /s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge